HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-00070RSL |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO CONTINUE TRIAL AND |
| vs. | ) | PRETRIAL MOTIONS DEADLINE |
| | ) | |
| DEANDRE HOLTON, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the unopposed motion to continue the trial date and extend the due date for pretrial motions, the Court incorporates by reference the facts set forth in the motion and finds as follows.

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS ORDERED that the trial date is continued from May 23, 2016, to September 12, 2016.

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE    - 1
(*Deandre Holton;* CR 16-00070RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS FURTHER ORDERED that the resulting period of delay from May 23, 2016, to the new trial date is excludable for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

FURTHERMORE, IT IS ORDERED that pretrial motions are due no later than August 5, 2016.

DONE this 19th day of April, 2016.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Nancy Tenney*
Attorney for Deandre Holton
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE   - 2
(*Deandre Holton;* CR 16-00070RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**